COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In re Jacob R. Cox and ServicePlus, LLC

Appellate case number:  01-22-00393-CV

Trial court case number:  2020-32320

Trial court:     270th District Court of Harris County

   On May 25, 2022, relators, Jacob R. Cox and ServicePlus, LLC, filed a petition for a writ of mandamus challenging two trial court orders signed on April 25, 2022, including: (1) an order granting real party in interest, Bestway Oilfield, Inc.'s motion to compel, "in its entirety," and requiring relators to "respond fully and completely, without objection, to . . . Requests for Production Nos. 9, 10, 11, 12, 16, 17, 21, 23, 24, 25, and 26" on or before May 25, 2022, and (2) an order denying relators' motion to compel production.

   Also on May 25, 2022, relators filed an "Emergency Motion for Temporary Relief," requesting that this Court grant the emergency motion and "stay[] the trial court's April 25, 2022 order compelling production." Relators seeks a stay "to preserve the status quo" and to "prevent the issues presented in this mandamus proceeding from becoming moot."

   Notably, neither relators' emergency motion for temporary relief, nor relators' mandamus petition provide any explanation as to why relators delayed in seeking mandamus relief until the date relators were required to comply with the trial court's April 25, 2022 order. However, to preserve the status quo pending consideration of the mandamus petition, relators' motion for temporary relief is **granted**. *See* TEX. R. APP. P. 52.10. Enforcement of the trial court's April 25, 2022 order compelling production by relators is **stayed**. This stay is effective until disposition of relators' petition for writ of mandamus or further order of this Court.

   We further request a response to the petition for writ of mandamus from the real party in interest. **The response(s), if any, is due to be filed with this Court no later than twenty days of the date of this order.**

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

                       ☑ Acting individually    ☐ Acting for the Court

Date: ___May 26, 2022_____